MURPHY, Appellant, v. NEW YORK, O. & W. R. CO., Respondent.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Action by James Murphy, an infant, by guardian, against the New York, Ontario & Western Railroad Company.
No opinion.   Judgment affirmed, with costs.

———

PEOPLE, Respondent, v. HOAGLAND, Appellant.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Proceedings by the people against Edwin S. Hoagland.
No opinion.   Appeal dismissed.

———

PICKERT, Appellant, v. BUNKEY, Respondent.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Action by Duane Pickert against Richard D. Bunkey.
No opinion.   Order reversed, with $10 costs and disbursements.   Motion denied, with $10 costs.   Following Munson v. Curtis, 43 Hun, 214; Sheehan v. Buller, 24 Wkly. Dig. 168; Martin v. Hodges, 45 Hun, 39.

———

ROBERTS, Appellant, v. LOVE, Respondent.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Action by Alice Roberts against James S. Love.
No opinion.   Judgment and order reversed on the exceptions, and a new trial ordered, with costs to abide the event.   Held, that the question of plaintiff's ownership of the horse should have been submitted to the jury.

———

In re SHELDON'S WILL.

SEAMANS, Appellant, v. DAY, Respondent.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Probate of the last will and testament of Lorenzo M. Sheldon, deceased.
No opinion.   Decree of the surrogate's court affirmed, with costs.   See 16 N. Y. Supp. 454.

———

VADER, Respondent, v. REED, Appellant.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Action by James Vader against William Reed.
No opinion.   Judgment and order reversed upon the exceptions, and a new trial ordered, with costs to abide the event.

———

WHITNEY, Appellant, v. ROE, Respondent.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Action by James Whitney against John C. Roe.
No opinion.   Order affirmed, without costs of appeal to either party.

———

KILLICK, Respondent, v. HOOKER, Appellant.

(Supreme Court, General Term, Fifth Department.   August 23, 1892.)

Action by Clarinda T. Killick against James H. Hooker.
No opinion.   Motion for a reargument or for leave to appeal to the court of appeals denied.   See 19 N. Y. Supp. 485.

o